In the Matter of the Judicial Settlement of the Accounts of JOSEPH GABRIEL, as Executor, and ELIZABETH FRITZ, as Executrix, of the Last Will and Testament of CATHERINE GABRIEL, Deceased.

JOSEPH GABRIEL and ELIZABETH FRITZ, Executors, etc., Appellants; JACOB GABRIEL, Legatee, Respondent.

*Matter of Gabriel,* 44 App. Div. 623, affirmed.
(Argued January 8, 1900; decided January 23, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 3, 1899, which affirmed a decree of the surrogate of Kings county, confirming the report of a referee on the final accounting of executors.

*J. Stewart Ross* for appellants.

*Henry Schmitt* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.